# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JENNIFER JEFFERSON                                          PLAINTIFF

v.                              No. 3:17-cv-276-DPM

GABRIELLE GONZALEZ;  ROLANDO
PADILLA;  and WERNER
ENTERPRISES, INC.                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 May 2018